FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2008

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN VILLAREAL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN F. SALAZAR, Warden,<br><br>　　　　Respondent. | No.  CV 08-2935-GW (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: October 17, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE